UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS GALVEZ <br><br> Plaintiff <br><br> V. <br><br> RUAN TRANSPORT CORPORATION <br><br> Defendant. | CIVIL ACTION NO. 2:16-cv-00261-JHS <br><br><br> JURY TRIAL DEMAND |

## STIPULATION

Under Civil Rule 15(a), Defendant Ruan Transportation, Corporation ("Defendant"), and Plaintiff, Jesus Galvez, hereby stipulate that Defendant may amend the Answer and Affirmative Defenses to Plaintiff's Complaint to add an additional Affirmative Defense that Plaintiff's claims are barred or limited by application of the statute of limitations. Defendants will file an Amended Answer and Affirmative Defenses to Plaintiff's Complaint within seven days of this Court's order granting leave for Defendant to do so.

RESPECTFULLY SUBMITTED this 16th day of September, 2016.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **GREENBLATT PIERCE ENGLE FUNT & FLORE** |
| /s/Eileen K. Keefe <br> Stephanie J. Peet (Pa Id. 91744) <br> Eileen K. Keefe (Pa. Id. 93194) <br> Three Parkway <br> 1601 Cherry Street, Suite 1350 <br> Philadelphia, PA 19102 <br> Tel: (267) 319-7802 <br> Fax: (215) 399-2249 <br> stephanie.peet@jacksonlewis.com <br> eileen.keefe@jacksonlewis.com | /s/Lori M. Mach <br> Lori M. Mach (Pa Id. 77135) <br> 123 S. Broad St., Suite 2500 <br> Philadelphia, PA 19109 <br> Tel: (215) 735-1600 <br> Fax: (215) 735-1660 <br> lori@gpeff.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS GALVEZ | CIVIL ACTION NO. 2:16-cv-00261-JHS |
| Plaintiff | |
| V. | JURY TRIAL DEMAND |
| RUAN TRANSPORT CORPORATION | |
| Defendant. | |

### ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that Defendants are to file an Amended Answer and Affirmative Defenses to Plaintiff's First Amended Complaint within seven days of this Court's order granting leave for Defendants to do so.

DATED this 19th day of September, 2016.

_____
The Honorable Joel H. Slomsky

4838-7186-3864, v. 1