# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JESUS GALVEZ<br><br>*Plaintiff,*<br><br>V.<br><br>RUAN TRANSPORT CORPORATION<br><br>*Defendant* | CIVIL ACTION NO. 2:16-cv-00261-JHS |

## Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREEED by and among the parties, that the above-captioned action be dismissed with prejudice. Each party will bear its own costs.

GREENBLATT PIERCE ENGLE
FUNT & FLORES, LLC

Dated: January 23, 2017

PATRICIA V. PIERCE
*Attorney for Plaintiff*

Dated: January 23, 2017

EILEEN K. KEEFE
*Attorney for ~~Defendant~~*

APPROVED BY THE COURT and SO ORDERED: JANUARY 25, 2017

Joel Slomsky
J.